# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BROOKE KAFKA, on behalf of herself and all other similarly situated persons, | ) )  ) Case No. 4:17-CV-00683 |
| Plaintiffs, | ) |
| v. | ) ) ) |
| THE MELTING POT RESTAURANTS, INC., et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANT FRONT BURNER BRANDS, INC.'s CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Front Burner Brands, Inc. hereby states that it has no parent corporation, subsidiaries, or affiliates, and that no publicly held corporation owns 10% or more of its stock.

If the information in this Certificate of Interest changes after filing, Front Burner Brands, Inc. will file an amended Certificate within 7 days after the change.

Respectfully submitted,

**FOLAND, WICKENS, ROPER,
 HOFER & CRAWFORD, P.C.**

/s/ *Jacqueline M. Sexton*
Jacqueline M. Sexton, MO #53262
C. Eric Pfanstiel, MO #58462
1200 Main Street, Suite 2200
Kansas City, Missouri 64105
(816) 472-7474; (816) 472-6262 (Fax)
jsexton@fwpclaw.com
epfanstiel@fwpclaw.com
*ATTORNEYS FOR DEFENDANT
FRONT BURNER BRANDS, INC.*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 9TH day of October 2017, a copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Western District of Missouri which sends notice to the following counsel of record via email:

Virginia Stevens Crimmins
Laura C. Fellows
Matthew R. Crimmins
Crimmins Law Firm, LLC
214 S. Spring Street
Independence, Missouri 64050
v.crimmins@crimminslawfirm.com
l.fellows@crimminslawfirm.com
m.crimmins@crimminslawfirm.com

*ATTORNEYS FOR PLAINTIFFS*

                                        */s/ Jacqueline M. Sexton*
                                        *ATTORNEYS FOR DEFENDANT*
                                        *FRONT BURNER BRANDS, INC.*