# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

BROOKE N. KAFKA, on behalf of herself )
And all other similarly situated persons, )
                       )
            Plaintiffs, )
                       )
       vs. )   Case No. 17-00683-CV-W-HFS
                       )
THE MELTING POTS RESTAURANTS )
INC., et al., )
                       )
          Defendants. )
                       )

___    Jury Verdict.    This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_    Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been rendered.


**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that

The Settlement Agreement and the Notice and Consent to Join form to potential opt-in Plaintiffs is hereby APPROVED.   It is further


**ORDERED** that

- The formula for distribution of settlement payments and the amounts set forth in Exhibit A to the Settlement Agreement, are APPROVED as a fair, equitable, and reasonable measure for distributing the settlement payment by Defendants to Plaintiffs and any potential opt-in Plaintiff who timely elects to participate in the settlement.
- Solely for purposes of settlement, this case is certified as a collective action under Section 16(b) of the Fair Labor Standards Act (FLSA).
- Crimmins Law Firm, LLC is appointed as Class Counsel for the FLSA collective action.
- Costs, including settlement administration costs, in the amount requested in Plaintiffs' Motion, attorneys' fees in the amount of 30% of the Settlement Fund, and a service award to Named Plaintiff in the amount requested are APPROVED.
- Defendants are hereby ORDERED to pay Named Plaintiff, and any potential Plaintiff who timely elects to participate in the settlement, and Class Counsel in accordance with and subject to the terms of the Settlement Agreement.
- The Court will accept the filing of the consent to join forms for any Opt-in Plaintiff who timely and properly elects to opt-in to this litigation in accordance with and subject to the terms of the Settlement Agreement.

- The Court will retain continuing jurisdiction for purposes of the (1) implementation of the settlement and any award or distribution of the settlement payments, (2) construction, enforcement, and administration of the Settlement Agreement, and (3) submission to the Court of consent to opt-in forms from those Class Members who timely and properly elect to opt-in this litigation.   It is further

**ORDERED** that

This case is hereby dismissed with prejudice, with the Court retaining continuing jurisdiction as set forth in the Order.


 December 10, 2019                              Paige Wymore-Wynn
Date                                                      Clerk


Entered on   December 10, 2019                  /s/ Christy Anderson
                                                      (By) Deputy Clerk